## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DOVIE WILLIAMS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO.** |
| | * | |
| **J.C. PENNEY CORPORATION, INC.** | * | **SECTION** |
| **and** | * | |
| **XYZ INSURANCE COMPANY** | * | **MAG.** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes the plaintiff, Dovie Williams a persons of the full age of majority, domiciled in the County of Pearl River, State of Mississippi, and who, with respect, aver the following:

I.

This action is being brought pursuant to Diversity of Citizenship Jurisdiction, 28 U.S.C.A. §1332, *et. seq.;* there being complete diversity of citizenship between the parties herein.

II.

Plaintiff alleges that the individual amounts in controversy are greater than the jurisdictional amount of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

III.

J.C. Penney Corporation, Inc., named as a defendant herein, is a foreign corporation licensed to do and doing business in the Parish of St. Tammany, State of Louisiana, and is liable unto Dovie Williams for claims of the nature asserted herein.

IV.

XYZ Insurance Company, named as a defendant herein, is the fictitious name designation of a foreign insurer, qualified to do and doing business within the jurisdiction of this Honorable Court.

V.

On or about April 15, 2010, Dovie Williams was a guest invitee at the JCPenney store located in the Northshore Square, 150 Northshore Boulevard, Slidell, Louiaiana, in the Parish of St. Tammany, which upon information and belief is owned and operated by J.C. Penney Corporation, Inc. Ms. Williams was in the restroom and slipped on water that had accumulated on the floor.

VI.

As a result of the incident described above, Dovie Williams sustained serious and debilitating injuries, including but not limited to, a bruised elbow and ribs, a fractured ankle and an injury to her knee requiring surgery, for which she has sought medical attention and treatment and has incurred substantial medical expenses.

VII.

The sole cause of the accident described above and the resulting injuries suffered by Dovie Williams is due to the negligence of J.C. Penney Corporation, Inc., in the following particulars:

a) The water on the floor created an unreasonable risk of harm to Ms. Williams and that risk of harm was reasonably foreseeable;

b) J.C. Penney Corporation, Inc., either created or had actual or constructive notice of the condition which caused the damage, prior to Ms. William's fall;

c) J.C. Penney Corporation, Inc., failed to exercise reasonable care in maintaining a safe store;

d) Any and all other negligent acts of omission or commission which may be shown at the time of the trial of this matter.

VIII.

In accordance with Louisiana Civil Code article 2315, et seq, and Louisiana Revised Statute § 9:2800.6, J.C. Penney Corporation, Inc., is liable unto Dovie Williams for the damages she sustained as a result of the incident in question, namely:

a) Past, present and future physical pain and suffering;

b) Past, present and future mental pain and suffering;

c) Past, present and future loss of enjoyment of life;

d) Past, present and future medical expenses; and

e) Past, present and future lost wages.

**WHEREFORE,** for the above and foregoing reasons, the plaintiff, Dovie Williams, requests that the defendants be duly cited and served with a copy of this Complaint for Damages, and that after all legal proceedings are had, there be judgment herein in favor of plaintiff, Dovie Williams, and against the defendants, J.C. Penney Corporation, Inc. and XYZ Insurance Company, individually, jointly, severally, and <u>in solido</u>, in a sum sufficient to compensate Dovie Williams for the damages she sustained as a result of the incident described above, in the full and true sum of

FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) together with interest from the date of judicial demand until paid and all costs of these proceedings. Dovie Williams further prays for all general and equitable relief.

                Respectfully submitted,

                **UNGAR & BYRNE, A.P.L.C.**

                /s/*Cheryl L. Wild*_____
                **GEORGE W. BYRNE, JR. (3744)**
                **EVETTE E. UNGAR (29013)**
                **CHERYL L. WILD (28805)**
                650 Poydras Street, Suite 2005
                New Orleans, Louisiana 70130
                Telephone: (504) 566-1616
                Facsimile: (504) 566-1652
                *Counsel for Plaintiff, Dovie Williams*

**PLEASE SERVE:**

**J.C. PENNEY CORPORATION, INC.**
Through its registered agent:
C T CORPORATION SYSTEM
5615 Corporate Blvd., Ste. 400B
Baton Rouge, Louisiana 70808

**XYZ INSURANCE COMPANY**
(Please withhold service at this time)