UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOME WILLIAMS** | **CIVIL ACTION NO.: 2:10-cv-04086** |
| **VERSUS** | **JUDGE: LEMMON** |
| **J.C. PENNEY CORPORATION, INC. AND XYZ INSURANCE COMPANY** | **MAG. JUDGE: SHUSHAN** |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing motion to dismiss with prejudice filed by plaintiff, Dovie Williams and defendant, J. C. Penney Corporation, Inc.;

IT IS ORDERED that the above-entitled action be and is hereby dismissed in its entirety, with prejudice, with each party to bear their own costs.

New Orleans, Louisiana, this 19th day of January, 2012.

_____
HON. MARY ANN VIAL LEMMON
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2806306_1